**UNITED STATES DISRTICT COURT FOR THE**
**FEDERAL DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| Courtney Lavender | : | |
| Plaintiff | : | 2:23-cv-20925-BRM-LDW |
| v. | : | |
| | : | |
| Bradford Bohler | : | |
| Defendants | : | |

**ORDER**

AND NOW, on this __26th__ day of ____March____, 2024, in consideration of Plaintiff's Motion for Entry of a Default Judgment (ECF No. 6), and the Motion being unopposed, and for good cause appearing, it is hereby **ORDERED** that said Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Default Judgment as to liability is entered against Defendant, Bradford Bohler.

**IT IS FURTHER ORDERED** that a hearing to assess damages will be held within 60 days of the entry of this Order. The date, time, and location of said hearing will be provided through a separate order.

**BY THE COURT:**

_____
Brian R. Martinotti, U.S.D.J